# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 3:08cr102/MCR

JAMES JOHNSON
_____/

**O R D E R**

This matter is before the court on defense counsel's Reply to Government's Response on Counsel's Motion to Withdraw. (Doc. 78). Counsel indicates she is unable to fully discuss the conflict with her client and is reluctant to disclose additional facts pertaining to the conflict on the written record. Without further facts, the court is unable to make a determination as to the merits of the conflict and whether or not an in camera proceeding absent the defendant is appropriate. Accordingly, counsel shall file *under seal* a memorandum setting forth the specific facts in support of her motion to withdraw. Counsel's memorandum shall be due on or before **July 10, 2009**.

**DONE and ORDERED** this 2nd day of July, 2009.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**