IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case Nos.:   3:08cr102/MCR
                                                                                             3:12cv423/MCR/EMT
JAMES JOHNSON

_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 31, 2012. (Doc. 144). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence (doc. 143) is summarily **DISMISSED** as it is both successive and untimely.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 12th day of September, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**