**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                                          CASE NO.  3:08cr102/MCR/EMT
                                                                         3:16cv609/MCR/EMT

JAMES JOHNSON

_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report

and Recommendation dated November 16, 2016.  ECF No. 192.  The parties have

been furnished a copy of the Report and Recommendation and have been afforded an

opportunity to file objections pursuant to Title 28, United States Code, Section

636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections

thereto timely filed, I have determined that the Report and Recommendation should

be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and

incorporated by reference in this Order.

2.      Defendant's "Memorandum of Facts and Law in Support of Petition for

Writ of Audita Querela" (ECF No. 191), construed as a motion for § 2255 relief, is

**SUMMARILY DISMISSED** as successive.

3.      A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 12th day of December, 2016.


  s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**