**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                    CASE NO:  3:08cr102/MCR/EMT
                                         3:18cv02/MCR/EMT

JAMES JOHNSON
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated January 19, 2018.  ECF No. 211.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence, ECF No. 209, is **SUMMARILY DISMISSED**.

3.      A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 11th day of May 2018.


        s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

Case No.: 3:08cr102/MCR/EMT; 3:18cv02/MCR/EMT